O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 10 2017

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDRES GARCIA-PEREZ<br><br>        Defendant. | CASE NO. SA17-0003M<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _Defendant submits to detention._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _See above._

IT IS ORDERED that defendant be detained.

DATED: January 10, 2017

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2